IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DARLENE BREWER**                                                             **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:04CV247-P-D**

**AMSOUTH BANK and HOOT WILDER,**
**in his individual capacity**                                        **DEFENDANTS**

## FINAL JUDGMENT

This cause came on for hearing on defendants' Motion for Summary Judgment [33-1]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendants' Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants Motion for Summary Judgment [33-1] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 25th day of May, 2006.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE